AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**INEZ VALENTINE,**
        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-977**

**OHIO DEPARTMENT OF**      **JUDGE EDMUND A. SARGUS, JR.**
**REHABILITATION AND**      **MAGISTRATE JUDGE NORAH MCCANN KING**
**CORRECTION, et al.,**
        **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed February 2, 2009, JUDGMENT is hereby entered in favor of Defendants. This case is DISMISSED.**

Date: February 2, 2009          JAMES BONINI, CLERK

         */S/ Andy F. Quisumbing*
         (By) Andy F. Quisumbing
         Courtroom Deputy Clerk